IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| In re the Marriage of: | ) | No. 80360-3-I |
| | ) | |
| PAUL SKORNIAKOFF, | ) | DIVISION ONE |
| | ) | |
| Petitioner, | ) | |
| v. | ) | UNPUBLISHED OPINION |
| | ) | |
| TRACEY SKORNIAKOFF, | ) | |
| | ) | |
| Respondent. | ) | |

PER CURIAM. — Paul Skorniakoff filed a motion for discretionary review of superior court orders denying his motion to disqualify the judge and retaining jurisdiction of Tracey Skorniakoff's motion to modify spousal maintenance. This court granted discretionary review. Paul contends, and Tracey concedes, that the superior court erred in denying his motion to disqualify and that the matter must be remanded for further proceedings before a different judge. We accept the concession of error and remand for further proceedings consistent with this opinion.